# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Robert Scott Kirkham, Jr.**
        Plaintiff(s)

        vs.                                    **CASE NUMBER: 6:21-cv-1095 (DJS)**

**Kilolo Kiakazi**
Acting Commission of Social Security
        Defendant(s)

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that Plaintiffs Motion for Judgment on the Pleadings is GRANTED; and it is further ORDERED, that Defendants Motion for Judgment on the Pleadings is DENIED; and it is further ORDERED, that Defendants decision denying Plaintiff disability benefits is REMANDED pursuant to sentence four for further proceedings.

All of the above pursuant to the order of the Honorable Daniel J. Stewart, dated the 27th day of February, 2023.

DATED: February 27, 2023

_____
Clerk of Court


        s/Kathy Rogers
        Deputy Clerk