# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## AMENDED JUDGMENT IN A CIVIL CASE

**Robert Scott Kirkham, Jr.**
    Plaintiff(s)

vs.                              **CASE NUMBER: 6:21-cv-1095 (DJS**)

**Kilolo Kijakazi**
Acting Commissioner of Social Security
    Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDERED, that Plaintiffs Motion for Judgment on the Pleadings is GRANTED; and it is further ORDERED, that Defendants Motion for Judgment on the Pleadings is DENIED; and it is further ORDERED, that Defendants decision denying Plaintiff disability benefits is REMANDED pursuant to sentence four for further proceedings.

All of the above pursuant to the order of the Honorable Judge Daniel J. Stewart, dated the 27th day of February, 2023.

DATED: February 28, 2023

_____
Clerk of Court

                                          s/Kathy Rogers
                                          Deputy Clerk