# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

**Robert Scott Kirkham, Jr.**
      Plaintiff(s)

vs.　　　　　　　　　　　　　　　CASE NUMBER: 6:21-cv-1095 (DJS)

**Commissioner of Social Security**
      Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER granting 20 Motion for Attorney Fees.

All of the above pursuant to the order of the Honorable **Daniel J. Stewart**, dated February 20, 2024.

DATED: February 20, 2024

*[Signature]*
Clerk of Court

                                         s/Kathy Rogers
                                         Deputy Clerk